ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Nate J. Kowalski          State Bar No. 181136
    NKowalski@aalrr.com
Abraham Escareno          State Bar No. 286720
    AEscareno@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendant KROGER CO., an Ohio corporation, erroneously sued as THE KROGER COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ELIAS MUNIZ, as an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 8-21-CV-00706-CJC (DFMx)<br><br>*Removed from Orange County Superior Court, Case No. 30-2021-01186338-CU-OE-NJC*<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**<br><br>DATE:   January 25, 2022<br>TIME:   10:00 a.m.<br>CTRM:   9B<br><br>Complaint Filed: February 26, 2021<br>Removal Date:    April 20, 2021 |

010574.00026
36077072.1

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)

Plaintiff ELIAS MUNIZ ("Plaintiff") hereby gives notice that the above-captioned action be dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a) with the parties to bear their own costs and attorneys' fees.

Dated: 2/28/2022

_____
Plaintiff Elias Muniz

# PROOF OF SERVICE

[FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 12800 Center Court Drive South, Suite 300, Cerritos, California 90703-9364.

On March 4, 2022, I served the following document described as **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** on the interested parties in this action as follows:

| | |
|---|---|
| Elias Muniz<br>403 North Huntington Avenue<br>Monterey Park, CA  91754 | Plaintiff in Propria Persona<br><br>Email:  emunizpinoy@yahoo.com |

☑ **BY MAIL:** I placed a true and correct copy of the document(s) in a sealed envelope for collection and mailing following the firm's ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT COURIER:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed it to the parties shown herein. I placed the envelope or package at my place of employment in accordance with regular business practices for collection and overnight delivery.

☑ **BY EMAIL:** I sent such document(s) to the email address(es) listed above or on the attached Service List. Such document(s) was scanned and emailed to such recipient(s) and email confirmation(s) will be maintained with the original document in this office indicating the recipients' email address(es) and time of receipt.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 4, 2022, at Cerritos, California.

_____
Julie A Garcia